**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X First _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jacqueline Lindsey    JOINT DEBTOR: _____    CASE NO.: 12-35774

Last Four Digits of SS# 1723    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 37 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 914.80 for months 1 to 37 ;
   B.   $_____ for months _____ to _____ ;
   C.   $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____    TOTAL PAID $_____
Balance Due    $_____ payable $_____ /month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. GMAC Mortgage              Arrearage on Petition Date  $ 9,478.02
Address: PO Box 4622          Arrears Payment   $ 256.16 /month (Months 1 to 37)
         Waterloo, IA 50704   Regular Payment   $ 566.07 /month (Months 1 to 37)
Account No: XXXXX0381

2. _____                 Arrearage on Petition Date  $_____
Address: _____           Arrears Payment   $_____ /month (Months _____ to _____)
         _____           Regular Payment   $_____ /month (Months _____ to _____)
Account No: _____

3. _____                 Arrearage on Petition Date  $_____
Address: _____           Arrears Payment   $_____ /month (Months _____ to _____)
         _____           Regular Payment   $_____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____           Total Due   $_____
                        Payable     $_____ /month (Months _____ to _____) Regular Payment $_____
2. _____           Total Due   $_____
                        Payable     $_____ /month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $ 9.41 /month (Months 1 to 37 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

LF-31 (rev. 01/08/10)

The debtor is not required to file income taxes as her income is not taxable.  Her husband, who does not live in the home, is required to file taxes but will be filing separately.  Should he move back into the home and if they file taxes jointly, the debtor will provide copies of her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Jacqueline Lindsey  
Debtor                                                                              Joint Debtor  
Date: 12.19.12                                                                Date:

LF-31 (rev. 01/08/10)