Certificate Number: 03621-FLS-DE-020147468

Bankruptcy Case Number: 12-35774



03621-FLS-DE-020147468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2013, at 5:46 o'clock PM EST, Jacqueline G Lindsey completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  January 28, 2013        By:    /s/Susan Cammarano

                               Name:  Susan Cammarano

                               Title: Counselor