| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF FLORIDA | |
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br><br>LINDSEY; JACQUELINE GAYE | CASE NO.: 1235774<br>CLAIM NO.: 5<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by :   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

2. **Old Address:**
   Name(s):  INPHYNET SOUTH BROWARD, INC.
   Mailing Address:  PO BOX 12907
   City, State, Zip Code:  Norfolk, VA 23541

3. **New Address:**
   Mailing Address:  PO BOX 1109
   City, State, Zip Code:  Minneapolis, MN 55440-1109

Date: 08/03/2015

Erika Holland
Requestor's printed name(s)

/s/ Erika Holland
Requestor's signature(s)

Bankruptcy Representative
Title