**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X Second_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Janis Scarlett              JOINT DEBTOR:                        CASE NO.: 12-21123 AJC

Last Four Digits of SS# __2165__           Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $__282.70__ for months __1__ to __11__;
  B.   $__403.26__ for months __12__ to __36__;
  C.   $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
                Balance Due    $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Mortgage is current and will be paid outside the plan.**

1. _____   Arrearage on Petition Date  $_____
   Address:_____       Arrears Payment      $_____/month (Months ____ to ____)
   _____        Regular Payment      $_____/month (Months ____ to ____)
   Account No: _____

2. _____   Arrearage on Petition Date  $_____
   Address:_____       Arrears Payment      $_____/month (Months ____ to ____)
   _____        Regular Payment      $_____/month (Months ____ to ____)
   Account No: _____

3. _____   Arrearage on Petition Date  $_____
   Address:_____       Arrears Payment      $_____/month (Months ____ to ____)
   _____        Regular Payment      $_____/month (Months ____ to ____)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Moors Maintenance Association c/o Brough, Chadrow & Levine, P.A. 1900 N. Commerce Pkwy Fort Lauderdale, FL 33326 | real property located at 6264 NW 179th Terrace, Hialeah, FL 33015<br><br>Amount owed on First Priority mortgage per Schedule D: $106,603.87<br><br>Value of Homeowner's Association's interest in the property: $0 | 0 % | $ 222.00 | __1__ To __36__ | $7,992 (This amount represents payment only of post-petition association dues that will become due during the life of the plan. Otherwise, the debtor seeks to avoid the lien in full. |

LF-31 (rev. 01/08/10)

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____     Total Due $_____
                          Payable  $_____/month (Months___ to ___) Regular Payment $_____
2._____     Total Due $_____
                          Payable  $_____/month (Months___ to ___) Regular Payment $_____

Unsecured Creditors:  Pay $   35      /month (Months  1   to   11  )
                          $  144.60   /month (Months  12  to   36  ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor is a co-signer on her son's student loans.  He is currently in school so the loans are on deferment.  Therefore, no provision for their payment will be made.

The debtor seeks to avoid the lien of the Moors Master Maintenance Association in full.  A Motion to Value has already been served and ruled upon.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Janis Scarlett
Debtor                                              Joint Debtor
Date:   12/3/2012                                   Date:

LF-31 (rev. 01/08/10)