## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:     Janis Scarlett                    Case No. 12-21123 AJC
                                              Chapter 13

_____Debtor_____/

### OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

The debtor, Janis Scarlett, objects to Claims No. 2, 3 and 4 and states:

1. The debtor co-signed her son's student loans.

2. Her son is currently in graduate school so the loans which are the subject of Claims No. 2, 3 and 4 are in deferment and not presently due.

3. The debtor requests the claims be disallowed as they are not presently due and her son intends to pay the loans direct when he finishes graduate school.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: December 3, 2012          Respectfully submitted,
                                  LEGAL SERVICES OF GREATER MIAMI, INC.
                                  Attorneys for the Debtor, Janis Scarlett
                                  3000 Biscayne Blvd., Suite 500
                                  Miami, Florida  33137
                                  Telephone: (305) 438-2409
                                  Facsimile: (305) 573-5800
                                  /s/Siobhan E. Grant
                                  Siobhan E. Grant
                                  Florida Bar No.: 68892

LF-70 (rev. 12/01/09)