

**ORDERED in the Southern District of Florida on February 8, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                          CASE NO. 12-21123-BKC-AJC

JANIS SCARLETT,                                      Chapter 13

    Debtor.
_____/

**ORDER SUSTAINING IN PART, AND OVERRULING IN PART
DEBTOR'S OBJECTION TO CLAIMS**

THIS CAUSE came before the Court *negative notice* upon Debtor's Objection to Claims No. 2, No. 3 and No. 4 of Discover Student loans [C.P. 57].

Claims No. 2, No. 3 and No. 4 were filed by **Citibank (South Dakota), N.A.** ("Citibank") on May 23, 2012 each indicating an address where Claimant should receive notices as: Citibank (South Dakota), N.A., ATTN: Claims Department, MC 2135, 701 E. 60th Street North, Sioux Falls, SD 57117.

On December 4, 2012 two Transfer(s) of Claim were filed [C.P. Nos. 51 and 52] whereby Claims No. 3 and 4 were transferred to **Discover Student Loans**, P.O. Box 30925, Salt Lake City, UT 84130.

Debtor's Certificate of Service of Objection to Claims [C.P. 58] indicates that on December 18, 2012 service was made upon Discover Student Loans at P.O. Box 30925, Salt Lake City, UT 84130; the address shown on the Transfers of Claims. <u>There is no indication that service was made upon Citibank</u>. Although Claims 3 and 4 were transferred to Discover Student Loans, <u>Claim No. 2 of Citibank has not been transferred</u>.

Local Rule 3007-1(A) states, in pertinent part, "*A party filing an objection to claim shall serve a copy of the objection on (1) the claimant at the claimant's address of record*". The record failing to show that sufficient service to Citibank has been effectuated, it is

ORDERED as follows:

1. Debtor's Objection to Claim No. 2 of Citibank (South Dakota), N.A. is OVERRULED without prejudice to renewal upon proper service to the Claimant.

2. Debtor's Objection(s) to Claims No. 3 and No. 4 of Discover Student Loans are SUSTAINED and Claims No. 3 and 4 are STRICKEN.

# # #

Copy to:

Siobhan E.P. Grant, Esq.

*Attorney Grant is directed to serve a conformed copy of this Order upon all interested parties, and to file a Certificate of Service with the Court.*