Certificate Number: 03621-FLS-DE-020377725

Bankruptcy Case Number: 12-21123



03621-FLS-DE-020377725

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2013, at 2:21 o'clock AM EST, Janis A Scarlett completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  February 28, 2013        By:  /s/Rebecca Goodman

Name:  Rebecca Goodman

Title:  Credit Counselor