

**ORDERED in the Southern District of Florida on May 16, 2013.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Janis Scarlett                                    Case No: 12-21123-AJC
                                                                        Chapter 13

_____Debtor_____/

**ORDER SUSTAINING OBJECTION TO CLAIM**

THIS CAUSE having come before the court upon the Attorney for Debtor's Objection to Claim and Certification of No Response and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that Attorney for Debtor's objection to the following claim is sustained.

| Claim No. | Name of Claimant | Amount of Claim | Disposition |
|---|---|---|---|
| 2 | Citibank N.A. | $14,851.19 | The claim is stricken. |

###

**Submitted by:**
Carolina A. Lombardi, Attorney for Debtor

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/09)                                    Page 1 of 1