IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI

IN RE:

                                                      Case No.: 12-21123-AJC

JANIS SCARLETT                               Chapter: 13

Debtor(s),

_____/

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR AS RELATED TO PAYMENTS BEING DISBURSED BY TRUSTEE TO CREDITOR, THE MOORS MASTER MAINTENANCE ASSOCIATION, INC.**

    **OLD ADDRESS:**    THE MOORS MASTER MAINTENANCE ASSOCIATION, INC.
                                    c/o Brough, Chadrow & Levine, P.A.
                                    1900 N Commerce Parkway
                                    Weston, FL 33326

    **NEW ADDRESS:**    THE MOORS MASTER MAINTENANCE ASSOCIATION, INC.
                                    c/o FirstService Residential
                                    17321 N. W. 66th Court
                                    Hialeah, FL 33015

                                                    BROUGH & CHADROW & LEVINE, P.A.
                                                     Attorneys for The Moors Master
                                                     Maintenance Association, Inc.
                                                     1900 North Commerce Parkway
                                                     Weston, FL 33326
                                                     Tel: (954) 384-0732 / Fax: (954) 384-0846
                                                     e-Service: mchadrow@bclpa-law.com

                                                     BY:    **/s/ Michael S. Chadrow**
                                                                  Michael S. Chadrow, Esq.
                                                                  Florida Bar No.: 143782

082.0799